IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MELISSA MARION and ANDREW MARION											PLAINTIFFS

VS.										CAUSE NUMBER: 1:06cv969-LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, JOHN DOES A-H,
and JANE DOES A-H											DEFENDANTS

## JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte*, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be, and it is hereby dismissed with prejudice with each party to bear its own costs. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement.

**SO ORDERED AND ADJUDGED** this the 7th day of April, 2008.

s/ L. T. Senter, Jr.

L. T. SENTER, JR.

SENIOR JUDGE